

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

January 23, 2024

**BY EMAIL and HAND**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

APPLICATION GRANTED

*/s/ Judith C. McCarthy*

Hon. Judith C. McCarthy   1-23-2024

Re:   United States v. Recaldo Fray, 24-MJ-178

Dear Judge McCarthy:

The Government writes respectfully to request that the Court unseal the Complaint in the above-captioned matter, as the defendant's co-conspirator has been arrested.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: _____
Margaret N. Vasu
Assistant United States Attorney
Southern District of New York
(914) 993-1926

cc: Anthony LaPinta, *Counsel for Defendant*